UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATED OF AMERICA | : | |
| v | : | |
| | : | 3:04cr258 JCH |
| LEONARD MASTRI | : | |

**ORDER OF RESTITUTION**

_____As part of the Judgment of Conviction entered on the 12th day of December, 2006, in the above-captioned matter;

IT IS HEREBY ORDERED that the defendant shall make restitution in the amount of $22,480.00 payable to the Clerk, U.S. District Court and forwarded to Sikorsky Aircraft, 6900 Main Street, Stratford, Connecticut.  Restitution is joint and several with Calvin Mackey(3:05cr113JCH) and Shawn Smith (3:05cr5JCH).

During the period of probation, the defendant shall notify the United States Probation Office and the Court of any change in economic circumstances. The defendant has been ordered to pay restitution at the rate of $25.00 per month. The rate of payment may be modified by the court based upon information received  concerning the defendant's ability to pay. Interest is waived if payments are made timely.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 27th day of December, 2006.

/s/Janet Hall
_____
Janet C. Hall
United States District Judge